**HILLIX, BREWER, HOFFHAUS, WHITTAKER & WRIGHT, Respondent,**

v.

**Gary B. PITTMAN, Appellant.**

**No. WD 50998.**

Missouri Court of Appeals, Western District.

May 28, 1996.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 2, 1996.

Clifford Brooks Wood, for Respondent.

Ray Edward Sousley, Kansas City, for Appellant.

Before LOWENSTEIN, P.J., and HANNA and SPINDEN, JJ.

### ORDER

PER CURIAM.

Gary B. Pittman appeals a jury verdict against him in a quantum meruit action filed by respondent, a law firm, for attorneys' fees. Judgment affirmed. Rule 84.16(b).